JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMSALE TAMRAT,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; US BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 11, inclusive,<br><br>    Defendants. | Case No.: 8:24−cv−02660−DFM<br><br>**Order Dismissing Action With Prejudice as to Entire Case** |

    Pursuant to the stipulation between Plaintiff and Defendants JPMorgan Chase Bank, N.A. and US Bank, N.A., this Court having considered the stipulation hereby dismisses this action with prejudice as to the entire case. Each party to bear its own fees and costs. This Dismissal shall conclude this entire action.

IT IS SO ORDERED

DATE: December 19, 2025    BY: _____
                                                               DOUGLAS F. McCORMICK
                                                               UNITED STATES MAGISTRATE JUDGE